No. 02–8025. STERLING v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–8026. REYNOLDS v. MICHIGAN PAROLE BOARD. C. A. 6th Cir. Certiorari denied.

No. 02–8028. WEARING v. BOVIS LEND LEASE, INC. C. A. 4th Cir. Certiorari denied.

No. 02–8029. WILLIAMS v. LAMBERT, ADMINISTRATOR, FLORENCE COUNTY DETENTION CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–8030. JENNINGS v. BALLARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8032. MORGAN, AKA MORRIS v. FAIRMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8034. BUTCHER v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–8037. BREEDLOVE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–8038. RAMOS v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–8039. WUEBBELS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 02–8040. LAPOINTE v. CHRANS, WARDEN. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–8042. DAUGHTERY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–8045. QUINTANA v. ATHERTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–8047. NELSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.